UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY A. THOMPSON                          CIVIL ACTION

VERSUS                                       NO: 17-7700

STATE OF LOUISIANA                           SECTION: "A" (4)

## ORDER AND REASONS

The following motion is before the Court: **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 6)** filed by the State of Louisiana. Plaintiff, Timothy A. Thompson (pro se), has not filed a response. The motion, submitted on January 24, 2018, is before the Court on the briefs without oral argument.

Plaintiff Timothy A. Thompson has filed this § 1983 complaint pro se complaining that the State of Louisiana violated his civil rights by requiring him to register as a sex offender. Thompson was convicted in another state of the offense of indecency with a child by exposure. Thompson seeks one million dollars in damages and other equitable relief.

The State now moves to dismiss the complaint contending inter alia that the Court lacks subject matter jurisdiction.

Except where waived, the Eleventh Amendment to the United States Constitution bars suits in federal court by citizens of a state against the state or its agencies. *Voisin's Oyster House, Inc. v. Guidry*, 799 F.2d 183, 185 (5th Cir. 1986) (citing *Pennhurst State Sch. & Hosp. v. Halderman,* 465 U.S. 89 (1984)). Section 1983 does not override or waive the Eleventh Amendment bar. *Id.* (citing *Quern v. Jordan*, 440 U.S. 332 (1979)).

Moreover, the well-settled law is that the states are not "persons" under § 1983. *See Will v. Mich. Dept. of State Police*, 491 U.S. 58, 71 (1989).

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 6)** filed by the State of Louisiana is **GRANTED**. Plaintiff's complaint is dismissed.

January 25, 2018

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE